**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. DRUASH, | Case No. 8:23-cv-00728-FWS-DFM |
| Plaintiff, | |
| v. | **ORDER RE NOTICE OF VOLUNTARY DISMISSAL [14]** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Having reviewed and considered the Notice of Voluntary Dismissal [14] (the "Stipulation"), and good cause appearing, the court **ORDERS** the following:

The above-captioned action is **DISMISSED WITHOUT PREJUDICE** in its entirety as to all parties and all claims for relief, with each party to bear its own costs and attorney fees.

**IT IS SO ORDERED**.

Dated:  June 6, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

- 1 -